IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No. 22-cv-02491-KAS | Date: April 3, 2024 |
| Courtroom Deputy:   Laura Galera | FTR: Courtroom C-204* |

| *Parties:* | *Counsel:* |
|---|---|
| ALAINA BODI, | David Miller |
|    Plaintiff, | |
| v. | |
| KANDLE DINING SERVICES, INC., | Ryan Lessman |
|    Defendant. | |

## COURTROOM MINUTES

**FAIRNESS HEARING**

**1:32 p.m.**   **Court in session.**

Appearances of counsel.

Counsel outline the parties' agreement on the record and answer questions from the Court.

**ORDERED:**   Joint Motion Seeking Final Approval of Class and Collective Action Settlement, Service Award, and Costs of Administration and Authorization to Distribute the Class and Collective Settlement Amount [#69] is GRANTED.

**ORDERED:**   Unopposed Motion Seeking Final Approval of Attorney's Fees and Costs [#70] is GRANTED.

The Court will issue an Order outlining the terms of the agreement.

**2:16 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.