IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02491-KAS

ALAINA BODI, *Individually and on behalf of all others similarly situated*,

Plaintiff,

v.

KANDLE DINING SERVICES, INC.,

Defendant.

## JUDGMENT

In accordance with Federal Rule of Civil Procedure 54(b) and Order [#74] entered on April 5, 2024, by Magistrate Judge Kathryn A. Starnella, which is incorporated herein by reference as if fully set forth, it is

ORDERED that the Joint Motion Seeking Final Approval of Class and Collective Action Settlement, Service Award, and Costs of Administration and Authorization to Distribute the Class and Collective Settlement Amount [#69] is GRANTED.

IT IS FURTHER ORDERED that Unopposed Motion Seeking Final Approval of Attorneys' Fees and Costs [#70] is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement [#53-1] is granted final approval for the reasons stated herein and in the Court's prior Order [#56], inclusive of the Service Award to Bodi, Attorneys' Fees and Costs to Class Counsel, and the cost of administration.

IT IS FURTHER ORDERED that the Settlement Administrator is authorized to distribute the Class Settlement Amount in accordance with the Settlement Agreement.

IT IS FURTHER ORDERED that the attorneys' fees provision of the Settlement Agreement [#53-1] is granted final approval for the reasons provided in the Court's prior Order [#56], and Class Counsel is awarded $254,166.67, i.e., one-third of the Settlement Fund less the Service Award to the Named Plaintiff, in attorney fees and litigation expenses/costs.

IT IS FURTHER ORDERED that this action is DISMISSED with prejudice. The Clerk of Court is directed to close this case.

DATED: April 9, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK:

By:  *s/L. Galera*
     Deputy Clerk